UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| NANCY M. CUOCO and FRANK CUOCO, | Civil Action No. 7:18-cv-8773 |
| Plaintiff, | **COMPLAINT** |
| -against- | -CIV- |
| FLATOUT MOTORSPORTS, INC., and ADAM DESROSIERS, | **Jury Trial Demanded** |
| Defendants. | |

----------------------------------------------------------X

Plaintiffs, NANCY M. CUOCO and FRANK CUOCO, by their attorneys, RANERI, LIGHT & O'DELL, PLLC, complaining of the Defendants, FLATOUT MOTORSPORTS, INC. (Hereinafter 'FLATOUT') and ADAM DESROSIERS, respectfully set forth and alleges:

## NATURE OF THE ACTION

1. This is a civil action seeking compensatory damages from the Defendants, FLATOUT and ADAM DESROSIERS, as party-defendants on behalf of the bodily injured plaintiffs, NANCY CUOCO and FRANK CUOCO, due to the negligent or wrongful acts or omissions of the Defendants pursuant to 18 USC § 2255 (b), in failing to properly maintain its vehicle and trailer load or otherwise prevent a dangerous condition by failing to properly secure the load within its possession and control pursuant to Connecticut State Law (Conn. General Statutes § 14-271b – Failure to Secure Load), which resulted in Plaintiff's injury, causing significant and permanent personal injuries to the Plaintiff for which she has undergone surgery and painful treatment.

## PARTIES

2. Plaintiff, NANCY CUOCO, is an adult female resident of the State of New York.

3. Plaintiff, FRANK CUOCO, is an adult male and husband of Plaintiff NANCY CUOMO.

3a. Plaintiffs, NANCY CUOCO and FRANK CUOCO, were lawfully wedded spouses to each other and were/are residents of New York, County of Westchester.

4. Defendant, ADAM DESROSIERS, is an adult male resident of the State of New Hampshire.

5. At all times herein relevant, Defendant FLATOUT MOTORSPORTS, INC., was and continues to be a Domestic Profit Corporation, identification number 000864151 authorized to conduct business in the States of New York and Connecticut as a transportation company travelling interstate and having a business address in the State of Massachusetts, with its principal place of business located at 30 Cape Road, Mendon, Massachusetts, County of Worchester.

## JURISDICTION AND VENUE

6. Plaintiffs bring their complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000. The accident occurred on interstate I-84, in the Town of Bethel, Connecticut, County of Fairfield.

Venue, pursuant to 28 U.S. Code § 1391 (b)(1), lies in the District of White Plains, State of New York, Westchester County, where the Plaintiffs reside.

## FACTS

7. On October 19, 2016 and at all times mentioned herein, I-84 was a public Interstate highway in the Town of Bethel, Connecticut.

8. On that same date, at approximately 5:31 p.m., NANCY CUOCO, was the seat belted operator of her 2014 Mercedes C30 sedan, license plate #EWD2552 traveling westbound on I-84.

9. On that same date and time, NANCY CUOCO, was driving at the posted speed limit on I-84 in westerly direction in the center lane behind a black 2008 Ford pick-up truck towing an enclosed trailer at a reasonable and safe distance.

10. At that same date and time, the Defendant, ADAM DESROSIERS, the operator of the black 2008 Ford pick-up truck, license plate #M64537, was towing an enclosed trailer and was responsible for the maintenance, inspection of the trailer, its equipment, components, and its contents, to ensure proper operation of said vehicle and trailer and securing its trailer load as warranted under the circumstances while travelling on public roadways interstate with the permission and consent of its owner.

11. At all times relevant, the 2008 Ford pick-up truck and the enclosed trailer being towed

by the 2008 Ford pick-up was owned by Defendant FLATOUT MOTORSPORTS, INC., and said defendant was responsible for the maintenance, inspection of the trailer and its contents, to ensure proper operation of said vehicle and trailer and securing its load as warranted under the circumstances;

12. At the same date and time, ADAM DESROSIERS, as a permissive operator and/or operating the 2008 Ford in the scope and course of his employment while operating the black Ford pick-up truck with the trailer attached traveling in a west bound direction on I-84 in Connecticut allowed and caused the spare tire being carried by the enclosed trailer to become unattached and separated from the trailer and, suddenly and without warning, leave the vehicle and ultimately collide with the front end of Plaintiff's vehicle and tire, causing property damage and personal injury to the Plaintiff's vehicle and to Plaintiff, NANCY CUOCO.

13. Following a Connecticut State Police investigation at the same date and time, the Defendants, ADAM and FLATOUT ,were deemed at fault by the Connecticut State Police under Conn. Gen. Stature §14-271b, Failing to secure a load.

**COUNT I**
**NEGLIGENCE**
**(DEFENDANT ADAM DEROSIEROS AND FLATOUT MOTORSPORTS, INC.)**

14. Plaintiffs incorporate herein by reference paragraphs 1 through 13 as if fully set forth herein under this Count and further alleges:

15. The collision and the Plaintiff's resulting injuries hereinafter stated were caused by the carelessness and negligence of Defendants, ADAM DESROSIERS and FLATOUT, in that the Defendant;

    (a) Operated said vehicle without properly securing its load when the circumstances warranted;

    (b) failing to properly inspect the subject vehicle and trailer;

    (c) failed to properly maintain the vehicle, trailer, and its component parts;

    (d) failed to keep a proper lookout;

    (e) failed to prevent any of its load, contents and components from dropping, shifting, leaking or otherwise escaping therefrom;

    (f) failed to maintain proper control of the vehicle load at all times mentioned herein;

    (g) failed to adequately secure its vehicle load in a manner or quantity as to prevent a hazard or nuisance to other users of the highway to avoid the collision;

    (h) failed to exercise that degree of care which a reasonable and prudent person would have exercised under the same or similar circumstances; and

16. As a result of the collision, NANCY CUOCO suffered the following serious and painful injuries, all or part of which are permanent:

    a. Injury to the lumbar spine;
    b. Injury to the head;
    c. Injury to the neck /cervical spine;
    d. Head pain radiating to the neck;
    e. Cervical spine pain radiating to the larger extremities and mid back;
    f. Lumbar pain radiating to hip and buttock and to lower extremities;
    g. Rib pain radiating to the abdomen;
    h. Nausea;

      i. Vomiting;

      j. Fear and despair;

      k. Emotional, psychological upset and distress.

17. As a further result of the defendant's conduct, NANCY CUOCO, has incurred and will continue to incur expenses for medical care, therapy, medication and other related expenses for treatment of her injuries, all to her financial loss.

18. As a result of sustaining these injuries, Plaintiffs, NANCY CUOCO, has been caused to suffer an overall physical discomfort that imposes restrictions on her ability to partake in and enjoy all of life's activities.

19. That as a result of the foregoing, Plaintiff, NANCY CUOCO, has suffered damages for her personal injuries in an amount in excess of the jurisdictional limit of all lower courts which would otherwise have jurisdiction.

20. That at all times hereinafter mentioned, Plaintiff, NANCY CUOCO, has had to expend certain sums of money for healthcare and medical costs which may result in a health insurance lien.

21. As a result of the aforementioned carelessness, negligence and culpable conduct of the Defendants, the Plaintiff, NANCY CUOCO, has sustained damages for the economic and financial expenses associated with her medical care and other damages as a consequence thereof including a loss of use and diminution in value of her motor vehicle.

22. By reason of the foregoing, the plaintiff, NANCY CUOCO, has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### COUNT II
### (LOSS OF CONSORTIUM - FRANK CUOCO)

23. Plaintiffs incorporate herein by reference paragraphs 1 through 22 as if fully set forth herein under this Count and further alleges:

24. Plaintiff, FRANK CUOCO, is, and at all relevant times has been, the husband of Plaintiff, NANCY CUOCO, and resides in the County of Westchester, State of New York.

25. As a direct and proximate result of the negligence of ADAM DESROSIERS and FLATOUT, the Plaintiff, NANCY CUOCO, has been, incapacitated, endured pain and suffering, lost wages, and has been irretrievably altered and damaged.

26. As a direct and proximate result of the negligence of ADAM DESROSIERS and FLATOUT, Plaintiff, FRANK CUOCO, has lost his wife's consortium, including her society, companionship, advice, counsel, affection, and physical intimacy.

27. As a direct and proximate cause of ADAM DESROSIERS' and FLATOUT'S

negligence, Plaintiff, FRANK CUOCO, has had to assume many of the duties normally assumed by his wife, Elizabeth, including, but not limited to, household duties.

28. As a direct and proximate cause of ADAM DESROSIERS' and FLATOUT'S negligence, Plaintiff, FRANK CUOCO, has provided significant home care assistance to his wife, while incurring medical and related expenses.

29. As a direct and proximate cause of ADAM DESROSIERS' and FLATOUT'S negligence, Plaintiff, FRANK CUOCO, has suffered additional pecuniary loss.

**WHEREFORE**, Plaintiffs demand judgment in the First and Second Causes of Action against the Defendants, its employees, agents, and/or servants together with the costs and disbursements of this action.

Dated: White Plains, New York
September 20, 2018

THE PLAINTIFFS
NANCY CUOCO
FRANK CUOCO

By_____

Kevin O'Dell (0761)
RANERI, LIGHT & O'DELL, PLLC
150 Grand Street – Suite 502
White Plains, NY 10601
Ph. (914) 948-5525
Fax (914) 948-5505